Peter J. Richardson ISB# 3195
515 N. 27th Street
Boise, Idaho 83702
Telephone (208) 938-7901
Facsimile: (208) 938-7904
Facsimile: (208) 938-7904
peter@richardsonadams.com

Robert C. Huntley ISB# 894
R. HUNTLEY LAW, PLLC
950 West Bannock St., Ste. 600
Boise, Idaho 83702
Telephone (208) 388-1230
Facsimilie: (208) 388-0234
rhuntley@huntleylaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANKLIN ENERGY STORAGE ONE, LLC, FRANKLIN ENERGY STORAGE TWO, LLC FRANKLIN ENERGY STORAGE THREE, LLC, FRANKLIN ENERGY STORAGE FOUR, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL KJELLANDER, KRISTINE RAPER and ERIC ANDERSON, in their official capacity as Commissioners of the IDAHO PUBLIC UTILITIES COMMISSION,<br><br>Defendants. | Case No.: 1:18-cv-00236-REB<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to Fer. R. Civ. P. 56 Plaintiffs Franklin Energy Storage One, LLC, Franklin Energy Storage Two, LLC, Franklin Energy Storage, Three LLC and Franklin Energy Storage Four, LLC (collectively "Franklin Energy Storage") hereby respectfully moves the court for its order granting summary judgment in Franklin Energy Storage's favor.

For the reasons set forth in the Brief in Support of Motion for Summary Judgment lodged contemporaneously herewith the Court should enter summary judgment in favor of Franklin Energy Storage, declaring and requiring the Defendants honor Plaintiff's "other QF" status and

Franklin Energy Storage Motion for Summary Judgment.

1.

require Idaho Power Company to tender twenty (20) year contracts at published rates consistent with their status as "other QFs" pursuant to established IPUC requirements together with an award to Plaintiffs of their attorney fees and costs, and such other relief as may be appropriate and equitable in the premises.

This motion is further supported by the Declaration of Attorney Peter J. Richardson filed contemporaneously herewith and the Declaration of Robert A. Paul also filed contemporaneously herewith.

Dated this 5th day of September 2018.

_/s/ Robert C. Huntley, Esq_
Robert C. Huntley, Esq.

_/s/ Peter J. Richardson, Esq._
Peter R. Richardson, Esq.

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of September, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brandon Karpen
Brandon.karpen@puc.idaho.gov
Edith Pacillo
Edith.pacillo@puc.idaho.gov
Scot Zanzig
Scott.zanzig@ag.idaho.gov
**Attorneys for Defendants**

Steven B. Anderson
sha@aswblaw.com
Wade L. Woodard
wlw@asbblaw.com

Franklin Energy Storage Motion for Summary Judgment.

2.

Attorneys for Defendant-Intervenor Idaho Power Company

*/s/ Peter J. Richardson, Esq.*
Peter R. Richardson, Esq.