Peter J. Richardson, ISB# 3195
515 N. 27th Street
Boise, Idaho 83702
Telephone (208) 938-7901
Facsimile: (208) 938-7904
peter@richardsonadams.com

Robert C. Huntley, ISB# 894
R. HUNTLEY LAW, PLLC
950 West Bannock St., Ste. 600
Boise, ID 8702
Telephone (208) 388-1230
Facsimile (208) 388-0234
rhuntley@huntleylaw.com

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANKLIN ENERGY STORAGE ONE, LLC, FRANKLIN ENERGY STORAGE TWO, LLC FRANKLIN ENERGY STORAGE THREE, LLC, FRANKLIN ENERGY STORAGE FOUR, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL KJELLANDER, KRISTINE RAPER and ERIC ANDERSON, in their official capacity as Commissioners of the IDAHO PUBLIC UTILITIES COMMISSION,<br><br>Defendants. | Case No.: 1:18-cv-00236-REB<br><br>PLAINTIFFS' CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

Pursuant to Dist. Idaho L. Rule 7.1(b)(1) and FE R. Civ. P. 56, Plaintiffs Franklin Energy Storage One, LLC; Franklin Energy Storage Two, LLC; Franklin Energy Storage Three, LLC and Franklin Energy Storage Four, LLC, herein provides Plaintiffs' Concise Statement of Material Facts in support of their Motion for Summary Judgment.

Franklin Energy Storage Concise Statement of Facts in Support of Motion for Summary Judgment.

1.

## STATEMENT OF FACTS

### FACTS RELATED TO
### QUALIFYING FACILITY STATUS

QF FACT 1. Plaintiffs, Franklin Energy Storage One, LLC, Franklin Energy Storage Two, LLC, Franklin Energy Storage Three, LLC and Franklin Energy Storage Four, LLC each filed Form 556 "*Certification of Qualifying Facility (QF) Status for a Small Power Production or Cogeneration Facility*" with the Federal Energy Regulatory Commission. Each Plaintiff provided on its respective Form 556 that it is an "Other renewable resource" at ¶6a. Each Plaintiff further described itself as, "an energy storage system Qualifying Facility" at ¶7h on Form 556.

EVIDENTIARY SUPPRORT FOR QF FACT 1:

Defendant's Exhibits 8, 9, 10 and 11, respectively, filed 6/25/18. Document Nos. 1:18-cv-00236-REB Document 4-8, 4-9, 4-10 and 4,11.. See also FERC Docket Nos. QF17-581-001, QF17-582-001, QF17-583-002 and QF17-582-001. https://elibrary.ferc.gov

QF FACT 2: No party, including the Idaho Public Utilities Commission or Idaho Power Company has challenged the status of the Franklin Energy Storage Facilities at FERC or before any other tribunal.

EVIDENTIARY SUPPORT FOR QF FACT 3: Def. Answer to First Amended Complaint at ¶53. Case 1:18-cv-00236-REB Document 7-1.

QF FACT 3: Each of the Franklin Energy Storage QFs' Form 556 provides at ¶7h that each respective project will "receive 100% of its energy input from a combination of renewable energy sources such as wind, solar, biogas, biomas, etc. The current initial design utilizes solar photovoltaic…"

Franklin Energy Storage Concise Statement of Facts in Support of Motion for Summary Judgment.

2.

EVIDENTIARY SUPPORT FOR QF FACT 3:   See QF Fact 1..


QF FACT 4: All Parties agree that the battery storage facilities' QF status is a matter within FERC's jurisdiction.

EVIDENTIARY SUPPORT FOR QF FACT 5: Defendant's Answer to First Amended Complaint at ¶ 48. Case 1:18-cv-00236-REB Document 7-1. Idaho Power's Petition for Declaratory Ruling in IPUC Docket No. IPC-E-17-01 at page 6. Case 1:18-cv-00236-REB Document 7-5 at page 59.


**FACTS RELATING TO CONTRACT REQUEST**

CONTRACT FACT 1: In January of 2017, each of the Franklin Energy Storage QFs requested a twenty-year "Contracting Term" from Idaho Power Company by submitting an Idaho Power Schedule 73 "Qualifying Facility Energy Sales Agreement Application"

EVIDENTIARY SUPPORT FOR CONTRACT FACT 1: Declaration of Donovan Walker at Ex. Nos. 1, 2, 3 and 4. Case 1:18-cv-00236-REB Document 7-2.


CONTRACT FACT 2: Idaho Power responded to the requests referenced in Contract Fact 1 with a letter dated January 9, 2017 identifying three "deficiencies" and requesting that the Franklin Projects "supplement [the] Applications with additional information.

EVIDENTIARY SUPPORT FOR CONTRACT FACT 2: Declaration of Donovan Walker at Ex. 7. Case 1:18-cv-00236-REB Document 7-2.


Franklin Energy Storage Concise Statement of Facts in Support of Motion for Summary Judgment.

3.

CONTRACT FACT 3: The Franklin Projects responded the next day on January 10, 2017, in a letter that asserted "each deficiency you identify is addressed...".

EVIDENTIARY SUPPORT FOR CONTRACT FACT 3: Declaration of Donovan Walker at Ex. 8. *Id.*

CONTRACT FACT 4: On January 27, 2017, Idaho Power corresponded with the Franklin Projects in a letter stating that, "Idaho Power does not agree that your proposed projects are eligible for published avoided cost Rate Option 4, Non-Levelized Non-Fueled Rates, with a 20-year contract term." Also, in the January 27, 2017, correspondence Idaho Power noted that it had "filed an application to the Idaho Public Utilities Commission requesting a declaratory order that determines the contract term and avoided cost pricing methodology for which your proposed projects may be eligible."

EVIDENTIARY SUPPORT FOR CONTRACT FACT 4: Declaration of Donovan Walker at Ex. 9. *Id.*

**FACTS RELATING TO THE
IDAHO PUBLIC UTILITIES COMMISSION PROCEEDING**

IPUC PROCEEDING FACT 1: Idaho Power filed its Petition for Declaratory Order with the Idaho PUC on February 27, 2017 which was assigned docket No. IPC-E-17-01.

EVIDENTIARY SUPPORT FOR IPUC PROCEEDING FACT 1: Declaration of Donovan Walker at Ex. 10. *Id.*

Franklin Energy Storage Concise Statement of Facts in Support of Motion for Summary Judgment.

4.

IPUC PROCEDING FACT 2: The Idaho PUC issued Order No. 33785 in response to Idaho Power's Petition for Declaratory Order on July 13, 2017.

EVIDENTIARY SUPPORT FOR IPUC PROCEEDING FACT 2: Declaration of Donovan Walker at Ex. 11. *Id.*

IPUC PROCEEDING FACT 3: The Idaho PUC issued its order on reconsideration (Order No. 33858 in Docket No. IPC-E-17-01 on August 29, 2017.

EVIDENTIARY SUPPORT FOR IPUC PROCEEDING FACT 3: Declaration of Donovan Walker at Ex. 12. *Id.* . Case 1:18-cv-00236-REB Document 7-5.

## FACTS RELATING TO THE
## FEDERAL ENERGY REGULATORY COMMISSION PROCEEDING

FERC PROCEEDING FACT 1: On December 14, 2017, Plaintiffs petitioned FERC to bring an enforcement action against the Idaho Public Utilities Commission. The petition was docketed as FERC Docket No. EL18-50-000. On February 15, 2018, FERC issued a "Notice of Intent Not to Act" in which it declined to initiate an enforcement action. FERC state: "Our decision not to initiate an enforcement action against the Idaho Commission means that Petitioners [Franklin Energy Storage] may themselves bring an enforcement action against the Idaho Commission in the appropriate court."

EVIDENTIARY SUPPORT FOR FERC PROCEEDING FACT 1: Defendants' Answer to First Amended Complaint at ¶3 and Ex. Nos 1 and 2 thereto. Case 1:18-cv-00236-REB Document 4.

Franklin Energy Storage Concise Statement of Facts in Support of Motion for Summary Judgment.

5.

Respectfully submitted this 5th day of Septebmer 2018.

_/s/ Robert C. Huntley, Esq_
Robert C. Huntley, Esq.

_/s/ Peter J. Richardson, Esq._
Peter R. Richardson, Esq.

Attorneys for Plaintiffs

**CERTIFICAT OF SERVICE**

I HEREBY CERTIFY that on the 5th day of September, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brandon Karpen
Brandon.karpen@puc.idaho.gov
Edith Pacillo
Edith.pacillo@puc.idaho.gov
Scot Zanzig
Scott.zanzig@ag.idaho.gov
Attorneys for Defendants

Steven B. Anderson
sha@aswblaw.com
Wade L. Woodard
wlw@asbblaw.com
Attorneys for Defendant-Intervenor Idaho Power Company

_/s/ Peter J. Richardson, Esq._
Peter R. Richardson, Esq.

Franklin Energy Storage Concise Statement of Facts in Support of Motion for Summary Judgment.

6.